IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | No. 10  4525 |
| | ) | |
| GJ&P, ENTERPRISES LLC | ) | Judge Sonderby |
| | ) | |
| Debtor | ) | Ch. 11 |

## NOTICE OF MOTION

On April 28, 2010 at 10:30 a.m., I shall appear before the honorable Judge Sonderby, or any judge sitting in her stead, in the courtroom usually occupied by her at Courtroom 642 219 S. Dearborn St., Chicago, IL 60604 and then and there present attached motion for extension of time to file schedules and other documents..

Michelotti & Associates, Ltd.
By:/S/Joseph C. Michelotti

Joseph C. Michelotti 6185760
Michelotti & Associates, Ltd.
1200 Jorie Blvd Suite 329
Oak Brook, IL 60523
630 928 0100

## PROOF OF SERVICE

The undersigned certifies that a copy of this motion and notice was served on :

William Neary,
Angela Friedman, IRS
James Neubold, Assistant Illinois Attorney General

by ECF on April 21, 2010

Michelotti & Associates, Ltd.
By:/S/Joseph C. Michelotti

Joseph C. Michelotti 6185760
Michelotti & Associates, Ltd.
1200 Jorie Blvd Suite 329
Oak Brook, IL 60523
630 928 0100

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | No. 10  4525 |
| | ) | |
| GJ&P, ENTERPRISES LLC | ) | Judge Sonderby |
| | ) | |
| Debtor | ) | Ch. 11 |

MOTION FOR ENTER ORDER APPROVING USE OF CASH COLLATERAL

The Debtor moves this Court as follows:

1. That on February 5, 2010, the debtor filed a voluntary petition in bankruptcy which was to permit it to operate it business.

2. That The IRS and Illinois Department of Revenue have valid liens on all property of the debtor as of the date of filing the petition.

3. That an immediate need exists for the debtor to use cash collateral in order to continue the operation of its business.

4. That the debtor and the IRS and the Illinois Department of Revenue have negotiated agreements for the use of cash collateral.

WHEREFORE, debtor prays this honorable court enter the Interim Agreed Orders Approving Use of Cash Collateral.

Michelotti & Associates, Ltd.
By:/S/Joseph C. Michelotti

Joseph C. Michelotti 6185760
Michelotti & Associates, Ltd.
1200 Jorie Blvd Suite 329
Oak Brook, IL 60523
630 928 0100